IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID C. RIVERS,

       Plaintiff,                    No. CIV S-04-2524 GEB PAN P

    vs.

CALIFORNIA CORRECTIONAL INSTITUTION, et al.,

       Defendants.              ORDER

       Plaintiff seeks an extension of time to explain in writing why this action should not be dismissed pursuant to the order filed March 8, 2006.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's March 27, 2006, request for an extension of time is granted; and

       2. Plaintiff has 30 days from the date of this order to explain in writing why this action should not be dismissed.

DATED: May 2, 2006.

UNITED STATES MAGISTRATE JUDGE

\004
\rive2524.36