IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID C. RIVERS,

      Plaintiff,                  No. CIV S-04-2524 GEB PAN P

    vs.

E. ROSZKO, et al.,

      Defendants.             ORDER

_____/

        Plaintiff, formerly a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        On April 28, 2005, the court gave plaintiff thirty days to complete and return sufficient USM-285 forms and copies of the endorsed complaint so defendants could be served with process.  Plaintiff failed to comply with this order and so on March 8, 2006, the court gave plaintiff twenty days to show cause why this action should not be dismissed for plaintiff's failure to prosecute.  On March 27, 2006, plaintiff submitted eight copies of the complaint without any USM-285 forms or a completed summons.  He also requested an extension of time so he could find an attorney.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff seven USM-285 forms and a blank summons; and

2. Plaintiff's March 27, 2006, request for additional time is granted;

3. Within thirty days, plaintiff shall submit to the court seven completed USM-285 forms and one complete summons required to effect service.  Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: May 17, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp
/004/rive2524.8f

2