IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID C. RIVERS,

      Plaintiff,                     No. CIV S-04-2524 GEB EFB P

vs.

CALIFORNIA CORRECTIONAL INSTITUTION, et al.,

      Defendants.                  ORDER

      Defendant request an extension of time to file and serve a response to the complaint. *See* Fed. R. Civ. P. 6(b).

      Defendants' September 8, 2006, request is granted and defendants have 30 days from the date this order is served to file and serve a response to the complaint.

      So ordered.

Dated: September 29, 2006

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE