IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID C. RIVERS,

        Plaintiff,                    No. CIV S-04-2524 GEB EFB P

    vs.

E. ROSZKO,

        Defendants.          <u>ORDER</u>

                              /

       Plaintiff is a prisoner, without counsel, seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Through defendants' motion to modify the schedule, it has come to the court's attention that in late April or early May, plaintiff was returned to custody. Therefore, it appears that he no longer resides at the address reflected in the court's records. A party appearing without counsel must keep the court and all parties apprised of his current address. Local Rules 83-182(f), 83-183(b). A party's failure to notify the court of an address change may result in the court dismissing an action without prejudice for failure to prosecute. *See* Local Rule 11-110. Plaintiff has not notified the court of any address change.

       Accordingly, it hereby ORDERED that within 15 days from the date of this order, plaintiff shall notify the court of his current address, even if it be the same presently reflected on the docket. Failure to comply with this order will result in a recommendation that this action be

1 | dismissed without prejudice.

2 | DATED: July 2, 2007.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE