IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID C. RIVERS,

      Plaintiff,                              No. CIV S-04-2524 GEB EFB P

      vs.

CALIFORNIA CORRECTIONAL
INSTITUTION, et al.,

      Defendants.                            <u>ORDER</u>

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 17, 2007, plaintiff notified the court that his papers related to this case were confiscated when he was placed in Deuel Vocational Institution and that a visual handicap hinders his ability to prosecute this action without the assistance of persons in the prison law library. While it is possible that sufficient time may have now passed that plaintiff's papers have been returned and he has access to the law library, it is not clear from the record whether this is the case.

      Accordingly, it hereby is ORDERED that plaintiff has 15 days from the date of this order to notify the court of whether he has access to the law library and his legal materials.

Dated: August 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE