IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID C. RIVERS,

        Plaintiff,　　　　　　　　No. CIV S-04-2524 GEB EFB P

    vs.

CALIFORNIA CORRECTIONAL
INSTITUTION, et al.,

        Defendants.　　　　　　　ORDER

       Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On July 2, 2007, the court directed plaintiff to notify the court of his current address and warned him that failure to do so would result in a recommendation that this action be dismissed. On July 3, 2007, he notified the court of his new address. The court finds that plaintiff has complied with the July 2, 2007, order to show cause.

       Accordingly, it is ORDERED that July 2, 2007, order to show cause directed to plaintiff is discharged.

Dated: August 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE