IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID C. RIVERS,

    Plaintiff,                          No. CIV S-04-2524 GEB EFB P

    vs.

CALIFORNIA CORRECTIONAL INSTITUTION, et al.,

    Defendants.                     <u>ORDER</u>

_____/

Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On July 2, 2007, the court directed defendants to notify the court of whether they are aware of plaintiff's address and whether they are prepared to move forward with plaintiff's deposition and with the filing of dispositive motions.

On July 17, 2007, defendants notified the court that plaintiff has been returned to custody and that they are prepared to take plaintiff's deposition August 7, 2007, and that they thereafter intend to file dispositive motions. The court finds that defendants have complied with the July 2, 2007, order.

Accordingly, it is ORDERED that the July 2, 2007, order to show cause directed to defendants is discharged.

Dated: August 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE