IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID C. RIVERS,

        Plaintiff,                No. CIV S-04-2524 GEB EFB P

        vs.

E. ROSZKO, et al.,

        Defendants.          <u>ORDER</u>

_____/

      Plaintiff is a state prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. By an order filed July 2, 2007, the court directed defendants to notify the court whether they were aware of plaintiff's location and whether they were ready to move forward with plaintiff's deposition and dispositive motions. On July 17, 2007, counsel for defendants notified the court that he had scheduled plaintiff's deposition at Deuel Vocational Institute on August 7, 2007 and was prepared to move forward with dispositive motions practice.

      Accordingly, it is hereby ORDERED that any dispositive pretrial motions shall be filed on or before January 16, 2008. Motions shall be briefed in accordance with paragraph 7 of the order filed June 16, 2006.

////

////

1

1     The court will schedule pretrial proceedings, if necessary, upon the resolution of any
2 pretrial motions filed.
3 Dated: November 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE