1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID C. RIVERS,

12              Plaintiff,                    2:04-cv-2524-GEB-EFB-P

13        vs.

14   E. ROSZKO, et al.,

15              Defendants.              ORDER

16   _____/

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20        On August 26, 2008, the magistrate judge filed findings and recommendations

21   herein which were served on all parties and which contained notice to all parties that any

22   objections to the findings and recommendations were to be filed within fifteen days from the date

23   the findings and recommendations were served.  Plaintiff has filed objections to the findings and

24   recommendations.

25        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

26   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 26, 2008, are adopted in full;

2. Defendants' February 11, 2008, motion for summary judgment is granted; and,

3. The Clerk is directed to enter judgment in favor of all defendants and close the case.

So ordered.

Dated:  September 26, 2008

GARLAND E. BURRELL, JR.
United States District Judge

2